| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Kelly Tran<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-13929-RB<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/13/2023    Kelly Tran    [signature]
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                  Printed name of Debtor 2    Signature of Debtor 2

---

December 2015 | This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
F 1002-1.EMP.INCOME.DEC

# Earnings Statement



| | | |
|---|---|---|
| BEACON PROPERTY MANAGEMENT, INC | Period Beginning: | 06/09/2023 |
| 8247 WHITE OAK AVENUE | Period Ending: | 06/24/2023 |
| RANCHO CUCAMONGA, CA 91730 | Pay Date: | 06/30/2023 |
| (909) 941-9866 | | |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   1
   CA:   2(Head of Household)

KELLY TRAN
210 N. BEECHWOOD AVE
#146
RIALTO CA 92376

Social Security Number:   XXX-XX-5719

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 71.97 | 1,799.25 | 22,086.25 |
| Overtime | 37.5000 | .45 | 16.88 | 265.15 |
| Holiday | 25.0000 | 8.00 | 200.00 | 1,000.00 |
| Vacation | 25.0000 | 8.00 | 200.00 | 2,087.25 |
| Housing All | | | | 7,020.00 |
| Reporting | | | | 41.25 |
| Sick | | | | 824.50 |
| **Gross Pay** | | | **$2,216.13** | 33,324.40 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,170.69
Your CA taxable wages this period are $2,170.69

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -203.56 | 1,708.15 |
| | Social Security Tax | -134.59 | 1,597.07 |
| | Medicare Tax | -31.48 | 373.51 |
| | CA State Income Tax | -16.14 | 81.61 |
| | CA SDI Tax | -19.53 | 295.01 |
| **Other** | | | |
| | Mep 401K Loan 1 | -504.51 | 2,522.55 |
| | Ts Dental | -38.52* | 462.24 |
| | Ts Vision | -6.92* | 83.04 |
| | Housing All | | 7,020.00 |
| | 401K Mep | | 5,920.90 |
| **Net Pay** | | **$1,260.88** | |
| | Checking | -125.00 | 1,500.00 |
| | 2Nd Checking | -978.82 | 6,103.26 |
| | 3Rd Checking | -157.06 | 5,657.06 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hol Hours Bal | -40.00 | |
| Sick Hours Bal | 11.79 | |
| Vac Hours Bal | 137.04 | |
| Totl Hrs Worked | 72.42 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.



ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:   00000260110
Pay date:   06/30/2023

Deposited to the account of
**KELLY TRAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1724 | xxxx xxxx | $125.00 |
| xxxxxxxx1952 | xxxx xxxx | $978.82 |
| xxxxxx7815 | xxxx xxxx | $157.06 |

**NON-NEGOTIABLE**




# Earnings Statement

BEACON PROPERTY MANAGEMENT, INC
8247 WHITE OAK AVENUE
RANCHO CUCAMONGA, CA 91730
(909) 941-9866

Period Beginning: 06/25/2023
Period Ending: 07/08/2023
Pay Date: 07/14/2023

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    1
    CA:         2(Head of Household)

KELLY TRAN
210 N. BEECHWOOD AVE
#146
RIALTO CA 92376

Social Security Number: XXX-XX-5719

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 67.88 | 1,697.00 | 23,783.25 |
| Overtime | 37.5000 | 1.55 | 58.13 | 323.28 |
| Holiday | 25.0000 | 8.00 | 200.00 | 1,200.00 |
| Housing All | | | 1,170.00* | 8,190.00 |
| Sick | 25.0000 | 4.00 | 100.00 | 924.50 |
| Reporting | | | | 41.25 |
| Vacation | | | | 2,087.25 |
| **Gross Pay** | | | **$3,225.13** | 36,549.53 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,701.42
Your CA taxable wages this period are $1,701.42

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -147.25 | 1,855.40 |
| | Social Security Tax | -124.60 | 1,721.67 |
| | Medicare Tax | -29.14 | 402.65 |
| | CA State Income Tax | -5.81 | 87.42 |
| | CA SDI Tax | -28.62 | 323.63 |
| | **Other** | | |
| | Housing All | -1,170.00 | 8,190.00 |
| | Mep 401K Loan 1 | -504.51 | 3,027.06 |
| | Ts Dental | -38.52* | 500.76 |
| | Ts Vision | -6.92* | 89.96 |
| | 401K Mep | -308.27* | 6,229.17 |
| **Net Pay** | | | **$861.49** |
| | Checking | -125.00 | 1,625.00 |
| | 2Nd Checking | -696.49 | 6,799.75 |
| | 3Rd Checking | -40.00 | 5,697.06 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hol Hours Bal | -40.00 | |
| Sick Hours Bal | 10.11 | |
| Vac Hours Bal | 143.71 | |
| Totl Hrs Worked | 69.43 | |

### Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000280109
Pay date: 07/14/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KELLY TRAN | xxxxxx1724 | xxxx xxxx | $125.00 |
| | xxxxxxxx1952 | xxxx xxxx | $696.49 |
| | xxxxxx7815 | xxxx xxxx | $40.00 |

**NON-NEGOTIABLE**

# Earnings Statement



BEACON PROPERTY MANAGEMENT, INC
8247 WHITE OAK AVENUE
RANCHO CUCAMONGA, CA 91730
(909) 941-9866

| | |
|---|---|
| Period Beginning: | 07/09/2023 |
| Period Ending: | 07/24/2023 |
| Pay Date: | 07/31/2023 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    CA: 2(Head of Household)

KELLY TRAN
210 N. BEECHWOOD AVE
#146
RIALTO CA 92376

Social Security Number: XXX-XX-5719

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 79.93 | 1,998.25 | 25,781.50 |
| Overtime | 37.5000 | 1.50 | 56.25 | 379.53 |
| Sick | 25.0000 | 5.00 | 125.00 | 1,049.50 |
| Vacation | 25.0000 | 3.00 | 75.00 | 2,162.25 |
| Holiday | | | | 1,200.00 |
| Housing All | | | | 8,190.00 |
| Reporting | | | | 41.25 |
| **Gross Pay** | | | **$2,254.50** | 38,804.03 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,870.88
Your CA taxable wages this period are $1,870.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.58 | 2,022.98 |
| | Social Security Tax | -136.96 | 1,858.63 |
| | Medicare Tax | -32.03 | 434.68 |
| | CA State Income Tax | -9.54 | 96.96 |
| | CA SDI Tax | -19.88 | 343.51 |
| | **Other** | | |
| | Mep 401K Loan 1 | -504.51 | 3,531.57 |
| | Ts Dental | -38.52* | 539.28 |
| | Ts Vision | -6.92* | 96.88 |
| | 401K Mep | -338.18* | 6,567.35 |
| | Housing All | | 8,190.00 |
| **Net Pay** | | | **$1,000.38** |
| | Checking | -125.00 | 1,750.00 |
| | 2Nd Checking | -835.38 | 7,635.13 |
| | 3Rd Checking | -40.00 | 5,737.06 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hol Hours Bal | -40.00 | |
| Sick Hours Bal | 7.83 | |
| Vac Hours Bal | 147.38 | |
| Totl Hrs Worked | 81.43 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.



ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | | |
|---|---|---|
| Advice number: | 00000300112 | |
| Pay date: | 07/31/2023 | |

Deposited to the account of
**KELLY TRAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1724 | xxxx xxxx | $125.00 |
| xxxxxxxx1952 | xxxx xxxx | $835.38 |
| xxxxxx7815 | xxxx xxxx | $40.00 |

**NON-NEGOTIABLE**

# Earnings Statement



BEACON PROPERTY MANAGEMENT, INC
8247 WHITE OAK AVENUE
RANCHO CUCAMONGA, CA 91730
(909) 941-9866

Period Beginning: 07/25/2023
Period Ending: 08/08/2023
Pay Date: 08/15/2023

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    CA: 2(Head of Household)

KELLY TRAN
210 N. BEECHWOOD AVE
#146
RIALTO CA 92376

Social Security Number: XXX-XX-5719

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 73.40 | 1,835.00 | 27,616.50 |
| Overtime | 37.5000 | .88 | 33.00 | 412.53 |
| Housing All | | | 1,170.00* | 9,360.00 |
| Sick | 25.0000 | 4.00 | 100.00 | 1,149.50 |
| Vacation | 25.0000 | 10.50 | 262.50 | 2,424.75 |
| Holiday | | | | 1,200.00 |
| Reporting | | | | 41.25 |
| **Gross Pay** | | | **$3,400.50** | 42,204.53 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,028.92
Your CA taxable wages this period are $2,028.92

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -186.55 | 2,209.53 |
| Social Security Tax | | -135.47 | 1,994.10 |
| Medicare Tax | | -31.68 | 466.36 |
| CA State Income Tax | | -13.02 | 109.98 |
| CA SDI Tax | | -30.20 | 373.71 |
| **Other** | | | |
| Housing All | | -1,170.00 | 9,360.00 |
| Mep 401K Loan 1 | | -504.51 | 4,036.08 |
| Ts Dental | | -38.52* | 577.80 |
| Ts Vision | | -6.92* | 103.80 |
| 401K Mep | | -156.14* | 6,723.49 |
| **Net Pay** | | **$1,127.49** | |
| Checking | | -125.00 | 1,875.00 |
| 2Nd Checking | | -982.49 | 8,617.62 |
| 3Rd Checking | | -20.00 | 5,757.06 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hol Hours Bal | -40.00 | |
| Sick Hours Bal | 6.31 | |
| Vac Hours Bal | 143.55 | |
| Totl Hrs Worked | 74.28 | |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.


ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000320117
Pay date: 08/15/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KELLY TRAN | xxxxxx1724 | xxxx xxxx | $125.00 |
| | xxxxxxxx1952 | xxxx xxxx | $982.49 |
| | xxxxxx7815 | xxxx xxxx | $20.00 |

**NON-NEGOTIABLE**